MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor:    Clemence A. Herman

Chapter 7 Case No. 09-48783

Please Check One:

\_\_\_\_\_ Unclaimed Dividends

__√__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Target National Bank<br>c/o Weinstein and Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121 | 1 | 582.82 | 3.38 |
| Chase Bank USA NA<br>c/o Creditors BKY Service<br>P.O. Box 75374<br>Dallas, TX 75374 | 8 | 714.77 | 4.14 |

= 7.52

Dated: March 15, 2011

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Forms\(72) Unclaimed Dividends Distribution Less than $5.wpd

## RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

*RECEIVED 11 MAR 17 AM 9:47 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*

March 15, 2011

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Clemence A. Herman
      BKY No. 09-48738

Dear Sir/Madam:

Enclosed for filing in the above matter is an original and one copy of MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $7.52 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:   United States Trustee

C:\Data\randy\Trustee-Mpls\Forms\(73) Letter to Court filing Unclaimed Dividends Distribution of Less than $5 and check.wpd